WILLIAM GERIAK ET AL. *v.* JOHN GERIAK ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, JS.

Argued December 4—decided December 4, 1968

*Julius B. Kuriansky,* for the appellants (defendant Mildred Geriak et al.).

*George W. Scott, Jr.,* with whom, on the brief, was *Richard W. Martin,* for the appellees (plaintiffs).

*Frederick M. Tobin,* for the appellee (defendant Ann G. Roth).

*Thomas J. Lauricella,* for the appellee (named defendant).

PER CURIAM.   There is no error.   General Statutes § 52-502.